IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEETA PEER, et al. | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 13-6255 |
| v. | : | |
| | : | |
| KURTIS L. WILLIAMS, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 13th day of May 2014, upon careful consideration of the defendants' motion to dismiss or transfer (Doc. # 9), plaintiffs' response and defendants' reply, it is hereby **ORDERED** that the motion is **DENIED**.

      /s/ William H. Yohn Jr.
William H. Yohn Jr., Judge