IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEETA PEER, et al. | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| | : NO. 13-6255 |
| v. | : |
| KURTIS L. WILLIAMS, et al., | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 5th day of September 2014, upon careful consideration of the defendants' motion to dismiss or transfer (Doc. # 14), and plaintiffs' response, it is hereby **ORDERED** that the motion to dismiss is **DENIED**, but the motion to transfer to the District of Delaware is **GRANTED**, and the Clerk is directed to transfer this action to the District of Delaware.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge